UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-81303-KLR

**JUNIOR ENAMORADO,**

    Plaintiff,

v.

**ARROW SECURITY CORP.**, a Florida corporation,
**LEOE CORTEA**, individually, and
**RICK VERSACE,** individually,

    Defendants.

## NOTICE OF ATTORNEY CHARGING LIEN

    Militzok & Levy, P.A. hereby gives Defendants notice that this firm asserts an attorney charging lien against any future payment of any money by Defendants to Plaintiff. Militzok & Levy, P.A. is entitled to an attorney charging lien from and against all forms of payment of any judgment or settlement for payment of legal fees owed for services rendered in this action including resulting from an agreement for any non-monetary settlement. The grounds are:

1. There is an express contract between Militzok & Levy, P.A and Plaintiff which includes an understanding that the Plaintiff will pay contingency fee/attorney fees out of the recovery and/or payment of judgment proceeds will be paid only to Militzok & Levy, P.A.'s attorney trust account.

2. This lien is asserted to protect Militzok & Levy, P.A. from any avoidance of payment of the fees due for services rendered in this matter as Plaintiff has stated that he privately settled this claim, without contemplating attorney's fees or costs, which constitutes good faith grounds to assert herein an avoidance and/or dispute of payment of the fees owed.

3. This notice is being served on Defendants and filed with the Court to give proper notice. This lien is perfected upon receipt of notice of the lien to Defendants.

4. Defendants and its counsel are on notice that all settlement proceeds or payment of any judgment in the future must be made payable to Militzok & Levy, P.A.-Trust Account.

5. Defendants are on notice that if Defendants pay any money directly to Plaintiff and Plaintiff does not voluntarily pay the fee due to Militzok & Levy, P.A. that Defendants will be liable for the attorney fees and costs due from that Plaintiff.

DATED:  January 17, 2014

Respectfully submitted,

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
bjm@mllawfl.com

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ
Fla. Bar No.: 0069993

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List:

ARROW SECURITY CORP.
RICK VERSACE, REGISTERED AGENT
1990 NW BOCA RATON BLVD
BOCA RATON, FLORIDA  33432

LEOE CORTEA
1990 NW BOCA RATON BLVD
BOCA RATON, FLORIDA  33432

RICK VERSACE
1990 NW BOCA RATON BLVD
BOCA RATON, FLORIDA FLORIDA  33432

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ